UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


LANNY WILLIAMS, JR.                                          CIVIL ACTION

VERSUS                                                       NO. 14-1366

ST. BERNARD PARISH                                           SECTION "A" (3)
SHERIFF'S OFFICE, ET AL.

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of any party to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** for

failure to prosecute.

May 7, 2015

_____
UNITED STATES DISTRICT JUDGE